05-14-00662-CV

ACCEPTED
05-14-00662-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
9/3/2015 2:43:11 PM
LISA MATZ
CLERK

# No. 15-

**IN THE**
**SUPREME COURT OF TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
9/3/2015 2:43:11 PM
LISA MATZ
Clerk

## IN THE INTEREST OF M.I.M., A CHILD

**The Office of the Attorney General of Texas**,
*Petitioner,*

**V.**

**Brent Duane Blackmore,**
*Respondent.*

**On Petition for Review from the**
**Fifth Court of Appeals, Dallas, Texas**
**Cause No. 05-14-00662-CV**

**MOTION FOR EXTENSION**
**OF TIME TO FILE**
**PETITION FOR REVIEW**

TO THE HONORABLE SUPREME COURT OF TEXAS:

Petitioner, the Office of the Attorney General of Texas, respectfully files this motion for an extension of time to file a petition for review.

A.      The deadline for the Attorney General's petition for review is September 8, 2015.

B.      The Attorney General requests an extension of 30 days to file the petition for review, so that it will be due on October 8, 2015.

C.      The following facts justify an extension:

The undersigned Assistant Attorney General has been assigned to this matter as lead counsel since its inception in the appellate courts for the first appeal in 2010. The

undersigned Assistant Attorney General has been out of the office due to personal illness and unable to complete the petition. The undersigned Assistant Attorney General's knowledge of this case makes it essential that she personally prepare the petition for review. This extension is not sought for delay, but rather to give the petitioner's preferred attorney sufficient time to complete the petition.

D.      No extensions have been granted for the filing of a petition for review in this case.

## II.

## Certificate of Conference

The undersigned counsel has conferred with Lilia Morales, interested party and she is not opposed to this motion. The undersigned counsel attempted to confer with Brent Blackmore via telephone on September 2, 2015. A voice message was left stating the purpose of the call and asking for a return call or message. To date, Mr. Blackmore has not responded.

## III.

## Prayer for Relief

For these reasons, the Office of the Attorney General requests that the Court grant a 30-day extension to file a petition for review in this case, so that it will be due on October 8, 2015.

Respectfully submitted,

KEN PAXTON
ATTORNEY GENERAL OF TEXAS

CHARLES ROY
FIRST ASSISTANT ATTORNEY GENERAL

MARA FRIESEN
DEPUTY ATTORNEY GENERAL FOR
CHILD SUPPORT
TITLE IV-D DIRECTOR

/s/ *Rande K. Herrell*

RANDE K. HERRELL
State Bar No. 09529400
MANAGING ATTORNEY
APPELLATE LITIGATION SECTION
CHILD SUPPORT DIVISION

JOHN B. WORLEY
Assistant Attorney General
State Bar No. 22001480

DETERREAN GAMBLE
Assistant Attorney General
State Bar No. 24062194

Child Support Division
Appellate Litigation Section
Mail Code 038-1
P.O. Box 12017, Capitol Sta.
Austin, Texas 78711-2017
Phone: (512) 406-2306
Fax: (512) 460-6612
E-Mail: rande.herrell@texasattorneygeneral.gov

ATTORNEYS FOR PETITIONER, THE
OFFICE OF THE ATTORNEY GENERAL OF
TEXAS

## CERTIFICATE OF SERVICE

I certify that a copy of this motion is being served in the manner indicated on the parties or their counsel listed below on September 3, 2015.

/s/ *Rande K. Herrell*

Rande K. Herrell
Assistant Attorney General

Brent Duaine Blackmore
801 Ingleside Dr.
Plano, Texas 75075
brentblackmore@aol.com

*Respondent, pro se*

Lilia Noemi Morales
Guatemala
lily07302003@yahoo.com

*Interested Party*